UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| gpac, LLP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CODY CIPALLA and CYBERCODERS, INC.,<br><br>　　　　Defendants. | 4:21-cv-04203-LLP<br><br>**STIPULATION FOR DISMISSAL** |

Under Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the parties stipulate that this civil action should be dismissed with prejudice, all parties to bear their own costs, disbursements, and attorney's fees.

Dated this 25th day of April, 2022.

　　　　　　　　　　　　　　　　　　DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

　　　　　　　　　　　　　　　　　　*/s/ Mitchell Peterson*
　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　Mitchell Peterson
　　　　　　　　　　　　　　　　　　206 West 14th Street
　　　　　　　　　　　　　　　　　　PO Box 1030
　　　　　　　　　　　　　　　　　　Sioux Falls, SD 57101-1030
　　　　　　　　　　　　　　　　　　Telephone: (605) 336-2880
　　　　　　　　　　　　　　　　　　mpeterson@dehs.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated this 25 day of April, 2022.

                                                LITTLER MENDELSON, P.C.

                                                David J. Goldstein
                                                Jeremy D. Sosna
                                                Lauren Clements
                                                1300 IDS Center
                                                80 South 8th Street
                                                Minneapolis, MN  55402
                                                Telephone: (612) 630-1000
                                                dgoldstein@littler.com
                                                jsosna@littler.com
                                                LClements@littler.com
                                                *Attorneys for Defendant CyberCoders*

Dated this ___ day of April, 2022.

                                                BANGS, MCCULLEN, BUTLER, FOYE &
                                                SIMMONS, LLP

                                                _____
                                                Jeff Bratkiewicz
                                                6340 S. Western Avenue, Suite 160
                                                Sioux Falls, SD  57108
                                                Telephone: (605) 339-6800
                                                jeffb@bangsmccullen.com
                                                *Attorneys for Defendant Cody Cipalla*

Dated this __ day of April, 2022.

                LITTLER MENDELSON, P.C.

                David J. Goldstein
                Jeremy D. Sosna
                Lauren Clements
                1300 IDS Center
                80 South 8th Street
                Minneapolis, MN 55402
                Telephone: (612) 630-1000
                dgoldstein@littler.com
                jsosna@littler.com
                LClements@littler.com
                *Attorneys for Defendant CyberCoders*

Dated this **21** day of April, 2022.

                BANGS, MCCULLEN, BUTLER, FOYE & SIMMONS, LLP

                Jeff Bratkiewicz
                6340 S. Western Avenue, Suite 160
                Sioux Falls, SD 57108
                Telephone: (605) 339-6800
                jeffb@bangsmccullen.com
                *Attorneys for Defendant Cody Cipalla*